UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04CR100-W |
|---|---|---|
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| RICHARD WILLIAM WILSON | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to RICHARD WILLIAM WILSON, only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, Defense Counsel and the United States Attorney's Office.

**IT IS SO ORDERED.**           Signed: January 19, 2007

_____
Frank D. Whitney
United States District Judge